UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PPP Eligibility Experts LLC, <br><br> Plaintiffs, <br><br> v. <br><br> NAPLETON'S ARLINGTON HEIGHTS MOTORS, INC. dba NAPLETON'S ARLINGTON HEIGHTS CHRYSLER DODGE JEEP RAM, et al., <br><br> Defendants. | No. 24 C 9837 <br><br> Chief Judge Kendall <br><br> **Filed *In Camera* and Under Seal** |

## ORDER

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Therefore, it is ordered that the complaint, the attached Order and the government's notice of election to decline intervention be unsealed and served upon the defendant by the relator. All other contents of the court's file in this action remain under seal and will not be made public or served upon the defendants. The seal is lifted as to all other matters occurring in this action after the date of this order. The Clerk of the Court is directed to statistically terminate this action until it has been reassigned to an active judge of this Court for further proceedings.

E N T E R:

_____
Chief Judge Virginia M. Kendall
United States District Court

Dated:   April 18, 2025