UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*<br>PPP Eligibility Experts LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NAPLETON'S ARLINGTON HEIGHTS<br>MOTORS, INC. dba NAPLETON'S<br>ARLINGTON HEIGHTS CHRYSLER<br>DODGE JEEP RAM, et al., (See Attachment)<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 24 C 9837<br><br>Chief Judge Kendall<br><br>**Filed *In Camera* and<br>Under Seal** |

## ORDER

This matter coming before the court on the United States' Notice of Election to Decline

Intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the court

being fully informed, it is hereby

ORDERED that:

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the court's file in this action remain under seal and not be made

public or served upon the defendants, except for this order and the United States' notice of election to

decline intervention, which the relator will serve upon the defendants only after service of the

complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this

order;

4. The parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United

States may order any deposition transcripts and is entitled to intervene in this action for good cause at any time;

      5.      The parties shall serve all notices of appeal upon the United States;

      6.      All orders of this court shall be sent to the United States; and

      7      Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

E N T E R :

Chief Judge Virginia M. Kendall
United States District Court

Dated:   April 18, 2025

**ATTACHMENT**

| | *et al. to Include the Following Defendants* |
|---|---|
| 1. | Ed Napleton Elmhurst Imports, Inc. doing business as Ed Napleton Acura |
| 2. | Ed Napleton Westmont Imports, Inc. doing business as Ed Napleton Westmont Porsche |
| 3. | Napleton's Autowerks, Inc. doing business as Loves Park Mercedes |
| 4. | Napleton's River Oaks Motors, Inc. doing business as Napleton's River Oaks Chrysler Dodge Jeep RAM |
| 5. | Ed Napleton Calumet City Imports, Inc. doing business as Napleton River Oaks Hyundai |
| 6. | Napleton Automotive of Urbana, LLC doing business as Genesis of Urbana |
| 7. | Napleton's Auto Park of Urbana |
| 8. | Napleton's Urbana Mitsubishi |
| 9. | Napleton's Hyundai of Urbana |
| 10. | Napleton's Kia of Urbana |
| 11. | Napleton's Mazda of Urbana |
| 12. | Napleton's Volkswagen of Urbana |
| 13. | Napleton's Schaumburg Pontiac-GMC Inc. doing business as Napleton's Schaumburg Buick GMC |
| 14. | Napleton Motor Corp. doing business as Napleton Subaru |

| | *et al. to Include the Following Defendants* |
|---|---|
| 15. | Porsche Rockford |
| 16. | Napleton Urbana Imports LLC doing business as Napleton's Auto Park of Urbana |
| 17. | Napleton's Toyota of Urbana |
| 18. | Napleton's Scion of Urbana |
| 19. | Napleton's Park Ridge Lincoln Inc. doing business as Napleton Lincoln |
| 20. | Napleton's River Oaks Cadillac, Inc. doing business as Napleton's River Oaks Cadillac |
| 21. | Napleton's Schaumburg Subaru, Inc. doing business as Napleton's Schaumburg Subaru |
| 22. | Napleton's Countryside Motors, Inc. doing business as Napleton's Countryside Mazda |
| 23. | Napleton Schaumburg Motors, Inc. doing business as Napleton's Schaumburg Mazda |
| 24. | Napleton Libertyville, Inc. doing business as Napleton Mazda of Libertyville |
| 25. | Napleton's Autowerks of Bourbonnais, Inc. doing business as Mercedes Benz of Bourbonnais |
| 26. | Napleton's Palatine Motors-Holding, Inc. doing business as Napleton's Palatine Mazda |
| 27. | Fran Napleton Lincoln, Inc. doing business as Napleton Lincoln of Blue Island |
| 28. | Napleton Carmel Motors, LLC doing business as Napleton Hyundai of Carmel |
| 29. | Napleton's Autowerks of Indiana, Inc. doing business as Napleton Schererville Mercedes |

| | *et al. to Include the Following Defendants* |
|---|---|
| 30. | Napleton Fishers Imports, LLC doing business as Napleton Kia of Fishers |
| 31. | Napleton Carmel Imports, LLC doing business as Napleton Kia of Carmel |
| 32. | Napleton 1301, Inc. doing business as Napleton Nissan Schererville |
| 33. | Napleton Italian Imports, LLC doing business as Napleton Maserati of Indianapolis |
| 34. | Napleton Alfa Romeo of Indianapolis |
| 35. | Napleton Twin Cities Imports, LLC doing business as Lexus of Wayzata |
| 36. | Napleton Wayzata Motors, LLC doing business as Chevrolet of Wayzata |
| 37. | Napleton Rochester Imports, LLC doing business as Mercedes-Benz of Rochester |
| 38. | Ed Napleton St. Louis Imports, Inc. doing business as Ed Napleton Honda St Peters |
| 39. | Napleton's Mid Rivers Motors, Inc. doing business as Napleton's Mid Rivers Chrysler Dodge Jeep RAM Fiat |
| 40. | Napleton Hazelwood Imports, LLC doing business as Napleton Hyundai |
| 41. | Napleton Mid Rivers Imports, Inc. doing business as Napleton's Mid Rivers Kia |
| 42. | Napleton St. Louis Imports, LLC doing business as Napleton St. Louis Nissan |
| 43. | Napleton Autowerks Missouri, Inc. doing business as Porsche Springfield |

| | *et al. to Include the Following Defendants* |
|---|---|
| 44. | Napleton Wyoming Valley Imports, Inc. doing business as Wyoming Valley BMW |
| 45. | Audi Wyoming Valley |
| 46. | Subaru Wyoming Valley |
| 47. | Napleton Brookfield Imports, LLC doing business as Toyota of Brookfield |
| 48. | Napleton Bluemound Imports, LLC doing business as Lexus of Brookfield |
| 49. | Napleton Autowerks Wisconsin, Inc. doing business as Napleton Chevrolet Columbus |
| 50. | Napleton's North Palm Auto Park, Inc. doing business as Napleton's Northlake Chrysler Dodge Jeep RAM |
| 51. | Napleton Enterprises, LLC doing business as Napleton Kissimmee Chrysler Dodge Jeep RAM |
| 52. | Napleton's Palm Beach Imports, LLC doing business as Napleton's Palm Beach Acura |
| 53. | Napleton Orlando Imports, LLC doing business as Napleton's Volkswagen of Orlando |
| 54. | EFN Westmont Real Estate Holdings LLC |
| 55. | EFN Lansing Property LLC |
| 56. | EFN Urbana Properties LLC |
| 57. | Napleton's Rockford Properties LLC |

| | *et al. to Include the Following Defendants* |
|---|---|
| 58. | Sedley Partners LLC |
| 59. | EFN Carmel Properties LLC |
| 60. | EFN Fishers Properties LLC |
| 61. | EFN Import Properties LLC |
| 62. | EFN Wayzata Properties LLC |
| 63. | EFN 4951 Executive Centre Property LLC |
| 64. | EFN St. Louis Property LLC |
| 65. | Napleton Equities LLC |
| 66. | EFN Brookfield Property LLC |
| 67. | EFN Bluemound Property LLC |
| 68. | 100 West Golf LLC |
| 69. | EFN Hazelwood Properties LLC |
| 70. | Edward F. Napleton |
| 71. | Maureen Napleton |

| | *et al. to Include the Following Defendants* |
|---|---|
| 72. | Stephen R. Napleton |
| 73. | William F. Napleton |
| 74. | Christopher Napleton |
| 75. | Paul Napleton |
| 76. | Brian Napleton |
| 77. | Katherine Napleton |