# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

PPP Eligibility Experts, LLC, et al.

                        Plaintiff,

v.                                           Case No.: 1:24−cv−09837
                                                                 Honorable Jeffrey I Cummings

Napleton's Arlington Heights Motors, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: In light of Relator's representation that it does not intend to seek reassignment of this matter in Case No. 24−cv−47 in accordance with Local Rule 40.4 [68], Relator's previously filed motion to consolidate [14] is terminated as moot. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.